UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Civil Case No.: 21-CV-94 |
| Plaintiff, | * | Section: |
| v. | | |
| 2017 LEXUS ES 350<br>VIN: 58ABK1GG6HU070400 | * | |
| | * | |
| 2013 ROLLS ROYCE GHOST<br>VIN: SCA664S56DUX51926 | * | |
| | * | |
| $275,792.00 IN REGIONS BANK ACCOUNT<br>NUMBER 0218750184 IN THE NAME OF<br>INTERSTATE CONSTRUCTION<br>GROUP, INC., | * | |
| | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \*

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

NOW INTO COURT COMES Plaintiff, United States of America, by and through undersigned counsel, who alleges the following:

**NATURE OF THE ACTION**

This is a civil action in rem brought to forfeit and condemn to the United States a 2017 Lexus ES 350, VIN: 58ABK1GG6HU070400; a 2013 ROLLS ROYCE GHOST, VIN: SCA664S56DUX51926; and $275,792.00 in Regions Bank Account No. 0218750184 in the name of Interstate Construction Group, Inc. (collectively, the "defendant property"), representing any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of wire fraud (18 U.S.C. § 1343), and, thus, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(D); and representing any property, real or

personal, which constitutes or is derived from proceeds traceable to a violation of theft of government funds (18 U.S.C. § 641), wire fraud (18 U.S.C. § 1343), and bank fraud (18 U.S.C. § 1344) and, thus, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## JURISDICTION AND VENUE

The United States brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over this action for forfeiture under 28 U.S.C. §§ 1355(a) and 2461(a), and 18 U.S.C. §§ 981(a)(1)(C) and (D).

This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue arrest warrants in rem pursuant to Supplemental Rule G(3)(b), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(b) & (c).

Venue is proper in this district, pursuant to 28 U.S.C. § 1355(b)(1), because acts or omissions giving rise to the forfeiture occurred in this district.

## THE DEFENDANT IN REM

The defendant property consists of the following:

2017 Lexus ES 350, VIN: 58ABK1GG6HU070400; a 2013 ROLLS ROYCE GHOST, VIN: SCA664S56DUX51926; and $275,792.00 in Regions Bank Account No. 0218750184 in the name of Interstate Construction Group, Inc. (collectively, the "defendant property"), which property is currently in the possession of the United States Treasury.

## FACTS

*Paycheck Protection Program*

1.     In the wake of the Coronavirus pandemic beginning in early 2020, the Coronavirus Aid, Relief, and Economic Security ("CARES") Act was passed and signed into law. The

2

CARES Act included the Paycheck Protection Program ("PPP") which served as an economic relief package to provide assistance to small businesses. The PPP is implemented by the Small Business Administration ("SBA") with support from the Department of the Treasury.

2. The Paycheck Protection Program ("PPP") provides small businesses with resources to maintain their payroll, to hire back employees who may have been laid off, and to cover applicable overhead expenses. The PPP is a loan designed to provide a direct incentive for small businesses to keep their employees on the payroll. Companies that legitimately file and apply for PPP loans are granted more funds based on the amount of employees that are employed there. The program provides small businesses with funds to pay up to eight weeks of payroll costs. In return, the SBA will forgive loans if all employee retention criteria are met, and the funds are used for eligible expenses. The SBA website advises that businesses can "apply through any existing SBA 7(a) lender or through any federally insured depository institution, federally insured credit union, and Farm Credit System institution that is participating." Other regulated lenders will be available to make these loans once they are approved and enrolled in the program.

3. According to the PPP Interim Final Rule, one of the requirements for eligibility for a PPP loan is that a business be "in operation on February 15, 2020 and either had employees for whom you paid salaries and payroll taxes or paid independent contractors, as reported on a Form 1099–MISC." Another requirement is that each applicant for a PPP loan "submit such documentation as is necessary to establish eligibility such as payroll processor records, payroll tax filings, or Form 1099–MISC, or income and expenses from a sole proprietorship. For borrowers that do not have any such documentation, the borrower must provide other supporting documentation, such as bank records, sufficient to demonstrate the qualifying payroll amount."

4. Financial institutions volunteer to participate in reviewing PPP loan applications and dispersing loan proceeds. The PPP loans are made by the financial institutions with financial institution funds, and do not include any government or SBA funds. Gulf Coast Bank and Trust, based in New Orleans, Louisiana, is one of the many financial institutions participating in the SBA's PPP loan program.

### KBI PPP Loan Application

5. On approximately May 1, 2020, a PPP loan application on behalf of K Bear Investments ("KBI") for $414,520.62 was submitted to Gulf Coast Bank, located in Abbeville, LA, by applicant, Richard Hebert, 1746 Wedgwood, Harvey, LA.[1] The application was finalized with an e-signature on May 6, 2020. Among other representations, Hebert certified that KBI was in operation on February 15, 2020, and had employees for whom he paid salaries and payroll taxes, or paid independent contractors. He further certified that he had not received any other PPP loan proceeds, and that he would use the funds to pay his employees, or to make mortgage payments and utility payments. The PPP loan application stated that KBI had 17 employees and had an average monthly payroll of $165,808.25. At the time of the application of this loan, Hebert and/or his wife had submitted at least one previous PPP loan application.

6. Also submitted with the KBI loan application was a listing of his 17 supposed KBI employees with their duties and wages. Many of these names were the same as supposed employees of other companies owned or partially owned by Hebert, whose corresponding social security numbers did not match the names and, thus, these employee names are likely fictitious persons.

---

[1] A Louisiana corporate database search revealed that the sole Manager/Member of KBI was Richard Hebert, and the business address was listed as 3170 St. Bernard Ave., New Orleans, LA.

7. Based on the representations made in the KBI PPP loan application, Gulf Coast Bank approved and funded the loan for $414,520.62. Consequently, on May 12, 2020, Gulf Coast Bank wired $414,520.62 to a Wells Fargo Bank account in the name of Brookland Realty ("Wells Fargo Brookland Realty Account").

**HREH PPP Loan Application**

8. On May 15, 2020, a PPP loan application on behalf of Hebert Real Estate Holdings, LLC ("HREH") for $554,770.00 was submitted to Gulf Coast Bank, located in Abbeville, LA, by applicant, Richard Hebert.[2] Hebert was listed as the owner of HREH on the application. Among other representations, Hebert certified that HREH was in operation on February 15, 2020, and had employees for whom he paid salaries and payroll taxes, or paid independent contractors. He further certified that he had not received any other PPP loan proceeds, and that he would use the funds to pay his employees, or to make mortgage payments and utility payments. Hebert represented on the PPP loan application that HREH had 27 employees and had an average monthly payroll of $221,908.00. At the time of the application of this loan, Hebert had submitted at least one previous PPP loan application.

9. Also submitted with the HREH loan application were 27 W-2 tax forms for 27 supposed employees of HREH. The social security numbers listed on the W-2 tax forms are numbers assigned to individuals other than those listed on the 27 submitted W-2 tax forms, an indication of identity theft.

10. Based on the representations made in the HREH PPP loan application, Gulf Coast Bank approved and funded the loan for $554,770.00. Consequently, on May 29, 2020, Gulf

---

2 A Louisiana corporate database search revealed that the sole Manager/Member of HREH was Richard Hebert, and the business address was 1746 Wedgwood Dr., Harvey, LA.

Coast Bank wired $554,770.00 to the Wells Fargo Brookland Realty Account.

### Brookland Realty PPP Loan Application

11.     On approximately April 12, 2020, a PPP loan application on behalf of Brookland Realty for $44,600.00 was submitted to Gulf Coast Bank & Trust, located in New Orleans. The principal borrower listed in the application was Richard Hebert, 1746 Wedgwood Drive, Harvey, Louisiana. The address for Brookland Realty LLC, dba Brookland Construction, was also 1746 Wedgwood Drive in Harvey. On April 11, 2020, Richard Heber digitally signed the application; on April 21, 2020, Madelin Hebert digitally signed. The PPP loan application listed that $11,150 of the loan proceeds would be used for utilities and $33,450 of the loan proceeds would be used for payroll costs. It stated that the average monthly payroll was $17,842.

12.     Submitted with the loan application was a list of several supposed employees for Brookland Realty. An investigation revealed that these employees worked for ICG and/or IC&DG back in 2018 but never worked for Brookland Realty and never worked in 2020 when this PPP application was submitted.

13.     Based on the representations made in the Brookland Realty loan application, Gulf Coast Bank & Trust approved and funded the loan for $44,600.00. On April 23, 2020, Gulf Coast Bank & Trust wired $44,600.00 to the Wells Fargo Brookland Realty account. The balance in this account on April 22, the day before the $44,600 deposit, was $507.70.

### IC&DG PPP Loan Application

14.     On approximately April 28, 2020, a PPP loan application on behalf of Interstate Construction & Demolition Group, Inc. ("IC&DG") for $402,000.00 was submitted to Gulf Coast

Bank & Trust, located in New Orleans, LA, by applicant, Madelin Hebert, wife of Richard Hebert.[3] Madelin Hebert e-signed the application on April 28, 2020, as the owner, and later e-signed other documents on May 7, 2020. The PPP loan application indicated that IC&DG had 17 employees and an average monthly payroll of $160,808.00.

15. Also submitted with the IC&DG loan application was a listing of the 17 supposed IC&DG employees; W-2 tax forms for these 17 were not submitted. Many of these names were the same names of supposed employees listed in submitted PPP loan applications for at least the following three companies: Interstate Construction Group ("ICG") submitted on June 16, 2020, by Richard Hebert and Elvin Sterling, Jr. to B1 Bank; R&M Builders & Real Estate, LLC., submitted by Richard Hebert to B1 Bank[4]; and KBI submitted by Richard Hebert to Gulf Coast Bank. Many of those supposed employees' names did not match the corresponding social security numbers on the submitted W-2 tax forms.

16. Based on the representations made in the IC&DG loan application, Gulf Coast Bank & Trust approved and funded the loan for $402,000.00. Consequently, at the direction of Madelin Hebert, Gulf Coast Bank & Trust wired $402,000.00 on May 14, 2020, to Iberia Bank Account No. XXXXXX1591, an account in the name of Richard Hebert. On May 18, 2020, $200,000.00 of this money was transferred to the Wells Fargo Brookland Realty Account.

### IC&DG EIDL Loan Application

17. On approximately May 16 2020, IC&DG applied for an Economic Injury Disaster

---

[3] A Louisiana corporate database search revealed that the two officers for IC&DG were Richard Hebert and Elvin Sterling, Jr., the registered agent was Madelin Hebert, and the business address was 1616 N. Acadian Thruway, Baton Rouge, LA.

[4] B1 Bank did not approve the loan application for R&M partially because of suspicious figures on the submitted W-2 tax forms. B1 Bank did approve and fund the ICG loan but later realized that it also contained indicators of fraud.

Loan ("EIDL"); IC&DG was owned by both Richard Hebert and Elvin Sterling. EIDL loans are made directly to the Small Business Administration ("SBA"). The purpose of an EIDL loan is to provide economic relief to businesses that were experiencing a temporary loss of revenue. The proceeds can be used to cover a wide array of working capital and normal operating expenses such as continuation of rent, utility, and health care benefits. The SBA determines the amount of the loan based on the economic injury suffered by the business and the number of employees submitted in the application.

18. The application listed the address for IC&DG as 1616 N. Acadian Thruway, Baton Rouge, LA, and listed the two owners as follows: Richard Hebert as 30% owner and Elvin Sterling as 70% owner. The loan request was for an amount of $150,000.00 for "economic injury."

19. IC&DG appears to be the same company for which Madelin Hebert submitted a PPP loan application approximately two weeks earlier and the same IC&DG that submitted W-2s with false social security numbers. Also, the listed address for both IC&DG companies was the same: 1616 N. Acadian Thruway, Baton Rouge, LA.

20. Based on the representations made in the IC&DG EIDL loan application, the SBA approved and funded the loan for $150,000.00. As a result, the SBA wired $149,900.00[5] on May 19, 2020, to the Wells Fargo Brookland Realty Account.

### Wells Fargo Brookland Realty Account Activity

21. Records from Wells Fargo Bank revealed that Wells Fargo Bank Business Checking Account Number XXXXXX8503 in the name of Brookland Realty, LLC, 1746 Wedgwood Drive, Harvey, LA 70058, was opened on April 22, 2020. Richard Hebert appears to

---

5 The original loan request was for $150,000. After a $100 filing fee was deducted, $149,900 was funded to the Wells Fargo Bank account.

be the primary or only signer on the account.

22. On April 23, 2020, Gulf Coast Bank & Trust wired $44,600.00 to the Wells Fargo Brookland Realty account. The balance in this account on April 22, the day before the $44,600 deposit, was $507.70.

23. On May 12, 2020, $414,520.62 was deposited into the Wells Fargo Brookland Realty Acct. The balance of this account before the deposit was approximately $9,668.87. The description of the credit was "Gulf Coast Bank Sba Loan 200512 99815 Richard Hebert." This deposit was from the proceeds from the KBI PPP loan application submitted in early May 2020 to Gulf Coast Bank in Abbeville, LA.

24. On May 18, 2020, $200,000 was deposited into the Wells Fargo Brookland Realty Acct. from Hebert's Iberia Bank account. The description of the credit was an ATM check deposit. This $200,000 deposit was a portion of the $402,000 in fraud proceeds from the IC&DG PPP loan application submitted to Gulf Coast Bank & Trust in New Orleans. Another $200,000 was transferred from the Iberia Bank account into a Regions Bank account entitled Interstate Construction Group.

25. On May 19, 2020, $149,900.00 was deposited into the Wells Fargo Brookland Realty Acct. The description of the credit was "Sbad Treas 310 Misc Pay 051920 …." This deposit was from the proceeds from the ID&DG EIDL loan application submitted in early May 2020 directly to the SBA.

26. On May 29, 2020, $554,770.00 was deposited into the Wells Fargo Brookland Realty Acct. The description of the credit was "Gulf Coast Bank Sba Loan 200527 93175 Hebert Real Estate." This deposit was from the proceeds from the HREH PPP loan application submitted in early May 2020 to Gulf Coast Bank in Abbeville, LA.

27. The credits into this Wells Fargo Brookland Realty account in May 2020 were primarily the result of five deposits traceable to five separate fraudulently-submitted loan applications by Richard Hebert: four PPP applications under the names of KBI, HREH, IC&DG, and Brookland Realty, and one EIDL application under the name of IC&DG. On August 3, 2020, pursuant to a seizure warrant signed by Magistrate Judge Patrick J. Hanna in the Western District of Louisiana, $946,692.00 was seized from this Wells Fargo Brookland Realty account and placed in the custody of the United States Treasury.

### $275,792 in the ICG Account at Regions Bank

28. On May 1, 2020, Elvin A. Sterling opened a business checking account under the name of Interstate Construction Group, Inc. with an address of 1616 N. Acadian Thruway, Baton Rouge, Louisiana.

29. On May 15, 2020, $200,792.00 was deposited into the ICG Regions Bank account from Richard Hebert's Iberia Bank account. On May 20, 2020, the day after $149,900 was deposited into the Wells Fargo Brookland Realty account from the IC&DG EIDL, a $75,000 check from the Brookland Realty account made payable to ICG was deposited into the ICG account at Regions Bank.

### Purchase of the 2013 Rolls Royce and the 2017 Lexus

30. On June 2, 2020, a $121,550 withdrawal was made from the Wells Fargo Brookland Realty Account to Gold Coast Exotic Imports, LLC, in Chicago. According to the purchase order from Gold Coast Exotic Imports, LLC, Richard Hebert of 1746 Wedgwood in Harvey, Louisiana, purchased the defendant 2013 white Rolls Royce Ghost for $119,800. After taxes and fees, the total price was $121,550. This $121,550 withdrawal from the Brookland Realty Account was used to purchase the defendant 2013 Rolls Royce Ghost. According to records provided by Gold

Coast Exotic Imports, LLC, this 2013 Rolls Royce Ghost was delivered to Hebert's residence located at 1746 Wedgwood Drive in Harvey, Louisiana.

31. On June 20, 2020, a $29,633.75 check was debited from the Wells Fargo Brookland Realty Account. This check was made payable to Lexus of New Orleans and was used to purchase the deendant Lexus ES 350. The Bill of Sale documents from Lexus of New Orleans revealed that this Lexus was purchased by Richard Hebert/HREH with the address of 1746 Wedgewood Drive, Harvey, Louisiana.

32 The 2017 Lexus ES 350, VIN: 58ABK1GG6HU070400 and the 2013 Rolls Royce Ghost, VIN: SCA664S56DUX51926 were seized by United States Treasury agents pursuant to seizure warrants signed by Western District of Louisiana Magistrate Judge Patrick Hanna on August 5, 2020. Both of these vehicles were placed in the custody of the United States Treasury.

## LAW

18 U.S.C. § 981 – Civil Forfeiture

(a)(1) The following property is subject to forfeiture to the United States

(C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of section … 1344 of this title or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title) ….

(D) Any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of … (vi) section 1343 (relating to wire fraud) ….

## BASIS FOR FORFEITURE

The defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(D) because it represents any property, real or personal, traceable to the gross receipts obtained, directly or indirectly, from a violation of wire fraud (18 U.S.C. § 1343). The defendant property is also subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) because it represents property, real or personal, which constitutes or is derived from proceeds

traceable to a violation of theft of government funds (18 U.S.C. § 641), wire fraud (18 U.S.C. § 1343), and bank fraud (18 U.S.C. § 1344). Based on the facts set forth and incorporated herein, the defendant property should be properly condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and (D).

WHEREFORE, the plaintiff requests that the Court issue warrants and summons for the arrest and seizure of the defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY

/s/ J. Brady Casey
J. Brady Casey, LBN 24338
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: john.casey@usdoj.gov

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Civil Case No.: 21-CV- |
| Plaintiff, | * | Section: |
| v. | | |
| 2017 LEXUS ES 350 VIN: 58ABK1GG6HU070400 | * | |
| | * | |
| 2013 ROLLS ROYCE GHOST VIN: SCA664S56DUX51926 | * | |
| $275,792.00 IN REGIONS BANK ACCOUNT NUMBER 0218750184 IN THE NAME OF INTERSTATE CONSTRUCTION GROUP, INC., | * | |
| | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \*

## VERIFICATION

I, Kevin Bodden, hereby verify and declare under penalty of perjury that I am a Senior Special Agent with the United States Secret Service, that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Senior Special Agent with the United States Secret Service.

13

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this 14 day of January, 2021.

KEVIN BODDEN
United States Secret Service

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
2017 Lexus ES, VIN: 58AB K1GG6HU070400; et als.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
J. Brad Casey, AUSA
777 Florida Street, Suite 208
Baton Rouge, LA 70801 Tel: 225-389-0443

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| | | | | | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 28, United States Code, Section 1345
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 01/15/2021

SIGNATURE OF ATTORNEY OF RECORD
/s/: J. Brady Casey

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
   **(b)  County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
   **(c)  Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.  Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.  Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.  Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553   Brief Description: Unauthorized reception of cable service

**VII.  Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> 2017 Lexus ES, VIN 58ABK1GG6HU070400 et als. <br><br> *Defendant(s)* | Civil Action No. 21-CV-94 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  2017 LEXUS ES 350, VIN: 58ABK1GG6HU070400;  2013 ROLLS ROYCE GHOST VIN: SCA664S56DUX51926; $275,792.00 IN REGIONS BANK ACCOUNT NUMBER 0218750184 IN THE NAME OF INTERSTATE CONSTRUCTION GROUP, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Brady Casey
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-CV-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: